| PROB 22<br>(Rev. 2/88) | **FILED** | DOCKET NUMBER *(Tran. Court)*<br>4:09CR40029-12 |
|---|---|---|
| TRANSFER OF JURISDICTION | JUL 1 6 2012 | DOCKET NUMBER *(Rec. Court)*<br>CR 12-166 MJD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Mario Ivan Rodriguez | DISTRICT<br>SOUTH DAKOTA | DIVISION<br>SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Lawrence L. Piersol | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>05/05/2012 — TO 05/04/2015 |

OFFENSE

21 U.S.C. § 846 and 841(a)(1) Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 23, 2012                                          /s/ Lawrence L. Piersol
*Date*                                                 *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-10-12                                                /s/ Michael J. Davis
*Effective Date*                                       *United States District Judge* Michael J. Davis